**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Carole Kavey,

Plaintiff,

v.

Law Offices of Howard Lee Schiff, P.C.; and DOES 1-10, inclusive,

Defendants.

Civil Action No.: 1:15-cv-10002-IT

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against all Law Offices of Howard Lee Schiff, P.C. and DOES 1-10, with prejudice and without costs to any party.

DATED: May 28, 2015

Carole Kavey

/s/ *Sergei Lemberg*
Sergei Lemberg, Esq.
BBO No.: 650671
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
slemberg@lemberglaw.com
Attorney for Plaintiff

Law Offices of Howard Lee Schiff, P.C.

/s/ *Karen Wisniowski*
Karen Wisniowski BB0#633018
Law Offices Howard Lee Schiff PC
25 Southbridge Street
Building 2, Suite 2
Auburn, MA 01501
Telephone (508)753-9991
Fax (508)-753-0260
kwisniowski@hlschiffpc.com
Attorney for Defendant

____________________________
SO ORDERED

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was sent via electronic mail to the clerk of the court for filing via the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which will send notice of such filing to the following:

Karen Wisniowski
Law Offices Howard Lee Schiff PC
25 Southbridge Street
Building 2, Suite 2
Auburn, MA 01501

By_/s/ Sergei Lemberg__________
Sergei Lemberg